# EXHIBIT 6

| Claim 1 of U.S. Patent No. 8,695,830 | Accused Product |
|---|---|
| A lid for a container comprising: |  |
| a mount comprising a first post and a second post; | |
| a handle comprising a first end with a first handle pivot and a second end with a second handle pivot; and | |

| | |
|---|---|
| a flip top for sealing the opening, the flip top comprising an elongated body with a first end for opening the flip top and a second end including a flip top pivot, wherein: |  |
| the flip top pivot is disposed between and engages the first end of the handle and the second end of the handle, |  |

| | |
|---|---|
| the first handle pivot is connected to a first receiving portion of the first post of the mount, the first handle pivot comprising a first protrusion that extends into the first receiving portion of the first post of the mount, | Components identified are hidden within the mechanism in the locations as identified.  First Receiving Portion (hidden) First Protrusion of First Handle Pivot (hidden) |
| the second handle pivot is connected to a second receiving portion of the second post of the mount, the second handle pivot comprising a second protrusion that extends into the second receiving portion of the second post of the mount, | Components identified are hidden within the mechanism in the locations as identified.  Second Protrusion of Second Handle Pivot (hidden) Second Receiving Portion (hidden) |

<table>
<tr>
<td>the first end of the handle is sandwiched between a first end of the flip top pivot and the first post of the mount and the second end of the handle is sandwiched between a second end of the flip top pivot and the second post of the mount,</td>
<td>
</td>
</tr>
<tr>
<td>a first protrusion on the first end of the flip top pivot extends into a first opening in the first end of the handle and a second protrusion on the second end of the flip top pivot extends into a second opening in the second end of the handle,</td>
<td>Components identified are hidden within the mechanism in the locations as identified.<br>
</td>
</tr>
</table>

| | |
|---|---|
| the handle and the flip top are each independently pivotable relative to the lid, and | The flip top is able to close upon the spout through independent pivoting action. The handle is also independently pivotable.  |

| | |
|---|---|
| the handle and the flip top are each independently movable about a common axis. | Handle and Flip Top Common Axis |

| Claim 12 of U.S. Patent No. 8,695,830 | Accused Product |
|---|---|
| A container comprising: | Container |
| A bottle; and | Bottle |
| a lid for sealing an opening of the bottle, the lid comprising: | Lid |
| a lid base having an opening for dispensing contents of the bottle; | Lid Base<br>Opening |

| | |
|---|---|
| a handle comprising a first end with a first handle pivot and a second end with a second handle pivot; and |  |
| a flip top for sealing the opening in the lid base, the flip top including a flip top pivot comprising: |  |

| | |
|---|---|
| a first protrusion that is disposed in a first receiving portion of the first end of the handle; and | |
| a second protrusion that is disposed in a second receiving portion of the second end of the handle, wherein the first and second protrusions extend from the flip top pivot away from each other; and | |



| | |
|---|---|
| a mount connecting the handle and the flip top to the lid base, the mount comprising: |  |
| a first post including a first receiving portion, the first handle pivot disposed in the first receiving portion of the first post; and |  |
| a second post including a second receiving portion, the second handle pivot disposed in the second receiving portion of the second post; |  |

| | |
|---|---|
| wherein the handle and the flip top are each independently pivotable within the mount. | The flip top is able to close upon the lid base opening through independent pivoting action within the mount. The handle is also independently pivotable. |



| Claim 20 of U.S. Patent No. 8,695,830 | Accused Product |
|---|---|
| A container comprising: | Container |
| A bottle; and | Bottle |
| a lid that connects to a top of the bottle to seal the bottle, the lid comprising: | Lid |
| a lid base comprising an opening for dispensing contents of the bottle and a mount that secures a handle and a flip top to the lid base; | Flip Top; Handle; Opening; Lid Base; Mount |

| | |
|---|---|
| the mount comprising: a first post; and a second post; |  |
| the handle comprising: | See above for identification of the handle. |
| a loop; | |

| | |
|---|---|
| a first handle pivot at a first end of the loop, the first handle pivot connected to the first post of the mount and disposed between the first and second posts of the mount; and |  |
| a second handle pivot at a second end of the loop, the second handle pivot connected to the second post of the mount and disposed between the first and second posts of the mount; and |  |

| | |
|---|---|
| a flip top comprising: |  |
| an elongated body with a first end for opening the flip top and a second end with a flip top pivot, the flip top pivot comprising a substantially solid structure with a first end and a second end; |  |

| | |
|---|---|
| a first protrusion extending outwardly from the first end of the flip top pivot, the first protrusion disposed in a receiving portion of the first handle pivot; and |  |
| a second protrusion extending outwardly from the second end of the flip top pivot, the second protrusion disposed in a receiving portion of the second handle pivot; | |

| | |
|---|---|
| wherein the flip top pivot is disposed between the first and second handle pivots of the handle; |  |
| wherein the flip top is independently pivotable relative to the handle; and | The flip top is able to close upon the lid base opening through independent pivoting action relative to the handle.  |

| | |
|---|---|
| wherein the handle is independently pivotable relative to the flip top. | The handle is independently pivotable as shown in the images below: |